UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------X
EILEEN MURRAY,                                             :
                                                           :
       Plaintiff,                                          :
                                                           :
                                                           :   Docket No. 3:20-cv-1052 (VAB)
v.                                                         :
                                                           :   EFC CASE
BRIDGEWATER ASSOCIATES, LP, AND                            :   ELECTRONICALLY FILED
BRIDGEWATER ASSOCIATES, LP                                 :
PHANTOM EQUITY INCENTIVE AWARD                             :
PLAN,                                                      :
                                                           :
       Defendant.                                          :
-----------------------------------------------------------X   August 31, 2020
```

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

      Pursuant to D. Conn. L. Civ. Rule 7, Plaintiff, Eileen Murray ("Plaintiff"), hereby moves for a two-week extension of time, up to and including September 16, 2020, to file an Opposition to the Motion to Compel (ECF Doc. 12) filed by Defendants Bridgewater Associates, LP and Bridgewater Associates, LP Phantom Equity Incentive Award Plan (collectively "Bridgewater"). Plaintiff's Opposition currently is due on September 1, 2020. Counsel for Bridgewater consents to Plaintiff's requested extension.

      The Plaintiff's mother passed away late last week. As a result, Plaintiff and her counsel require additional time to complete the Opposition. This is Plaintiff's first request for an extension of time to file her Opposition.

1

| | |
|---|---|
| Dated: New Canaan, CT<br>      August 4, 2020 | PLAINTIFF, EILEEN MURRAY<br><br>By: */s/ Brendan J. O'Rourke*<br>Brendan J. O'Rourke, Esq. (ct 00522)<br>O'ROURKE & ASSOCIATES, LLC<br>205 Main St. Suite 38<br>New Canaan, CT 06840<br>Tel. (203) 425-7660<br>brendan@o-alaw.com<br><br>Lorey Rives Leddy (ct# 19297)<br>MURTHA CULLINA LLP<br>177 Broad Street, 16th Floor<br>Stamford, CT 06901<br>Tel: (203) 653-5400<br>Fax: (203) 653-5444<br>lleddy@murthalaw.com |

**CERTIFICATE OF SERVICE**

      This is to certify that, on August 31, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all persons and counsel of record, as listed below, by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Brendan J. O'Rourke.*
      Brendan J. O'Rourke (ct 00522)