AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| EILEEN MURRAY, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-1052 (VAB) |
| BRIDGEWATER ASSOCIATES, L.P., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF EILEEN MURRAY.

Date: 08/31/2020

/s/ Lorey Rives Leddy (ct# 19297)
*Attorney's signature*

Lorey Rives Leddy (ct# 19297)
*Printed name and bar number*

MURTHA CULLINA LLP
177 Broad Street
Stamford, CT 06901

*Address*

lleddy@murthalaw.com
*E-mail address*

(203) 653-5437
*Telephone number*

(203) 653-5444
*FAX number*

## CERTIFICATE OF SERVICE

       This is to certify that, on August 31, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all persons and counsel of record, as listed below, by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Patrick W. Shea
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
patrickshea@paulhastings.com

Brendan J. O'Rourke
O'ROURKE & ASSOCIATES, LLC
205 Main St. Suite 38
New Canaan, CT 06840
brendan@o-alaw.com

                                      */s/ Lorey Rives Leddy (ct# 19297)*_____
                                         Lorey Rives Leddy (ct# 19297)